ROANNE L. MANN   DATE: 9/12/11
UNITED STATES MAGISTRATE JUDGE   TIME: 2:00 pm
   END: 4:00 pm

DOCKET NO: 11 CV 2102

CASE: Polanco v. Brookdale Hosp

✓ INITIAL CONFERENCE  ___ OTHER/ORDER TO SHOW CAUSE
___ DISCOVERY CONFERENCE  ___ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE  ___ TELEPHONE CONFERENCE

FOR PLAINTIFF:
} See attached (NB: Plaintiffs did not appear — only counsel did)
FOR DEFENDANT:

∧ EXPEDITED FACT DISCOVERY TO BE COMPLETED BY Oct. 14, 2011

___ NEXT CONFERENCE SCHEDULED FOR _____

___ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CHAMBERS BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

By tomorrow, defendant shall disclose the time records for plaintiffs for the relevant periods. By Wednesday, the parties shall complete automatic disclosure (including defendant's production of computerized payroll records); for the earlier years, defendant shall produce the hard copy payroll records ASAP. Defendant shall answer the complaint by Wednesday. Responses to discovery demands shall be served within 10 calendar days. Settlement efforts fail.

**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**              **COURTROOM 13C-S**

DATE: 9/12/11

DOCKET NO. 11 CV 202

CASE: POLANCO ET AL v BROOKDALE

## APPEARANCES

**PLAINTIFF:**

PEARL POLANCO            DAVID C WIMS, ESQ
                         ANDREW K. SONPON JR, ESQ

**DEFENDANT:**

Brookdale Hospital       Lorie Almon
                         Jeremi Chylinski
                         Seyfarth Shaw LLP
                         w/ Max Sclair VP-HR
                         Trina Cornet -
                         Asst Dir. Labor
                         Relations