UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEARL POLANCO, CAROL MCCARTHY,
WILMA STEEL-LOPEZ, on behalf of
themselves and all others similarly situated,

                     Plaintiffs,

    -against-

THE BROOKDALE HOSPITAL MEDICAL
CENTER,

                    Defendant.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2012 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**ORDER**
11-cv-2102 (JBW)

**AMON, Chief United States District Judge.**

    Plaintiffs in the above-captioned action have sought a determination that the action is related, pursuant to Division of Business Rule 50.3.1, to *Fraser v. Medisys Health Network, Inc.*, No. 10-cv-1342 (SJF). Hon. Jack B. Weinstein, the assigned district court judge, has referred the application to this Court, pursuant to subsection (d) of Rule 50.3.1. Having reviewed the application and the parties' submissions, and finding that plaintiffs have not demonstrated good cause for their late application for relatedness, and that a substantial saving of judicial resources is not likely to result from assigning both cases to the same judge and magistrate judge, the Court denies plaintiffs' application.

SO ORDERED.

Dated: February 20, 2012
       Brooklyn, N.Y.

                                           s/Carol B. Amon
                                           _____
                                           Carol Bagley Amon
                                           Chief United States District Judge