UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEARL POLANCO, CAROL MCCARTHY,
WILMA STEEL-LOPEZ, on behalf of
themselves and all others similarly situated,

                                    Plaintiffs,

                -against-

THE BROOKDALE HOSPITAL MEDICAL
CENTER,

                                    Defendant.
-----------------------------------------------------------X
**AMON, Chief United States District Judge**.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 1 2012 ★

BROOKLYN OFFICE

NOT FOR PUBLICATION
**ORDER**
11-cv-2102 (JBW)

        Plaintiffs in the above-captioned action have sought a determination that the action is re-

lated, pursuant to Division of Business Rule 50.3.1, to *Fraser v. Medisys Health Network, Inc.*,

No. 10-cv-1342 (SJF). Hon. Jack B. Weinstein, the assigned district court judge, has referred the

application to this Court, pursuant to subsection (d) of Rule 50.3.1. Having reviewed the appli-

cation and the parties' submissions, and finding that plaintiffs have not demonstrated good cause

for their late application for relatedness, and that a substantial saving of judicial resources is not

likely to result from assigning both cases to the same judge and magistrate judge, the Court de-

nies plaintiffs' application.


SO ORDERED.

Dated: February 20, 2012
        Brooklyn, N.Y.

                                    s/Carol B. Amon
                                    _____
                                    Carol Bagley Amon
                                    Chief United States District Judge